



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

November 15, 2005

TO: Counsel of Record

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

**FILED**
NOV 15 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO. 97-cv-131

Tai Kwan Cureton, et al   vs.   National Collegiate Athletic Association

**N O T I C E**

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
**Paper No. 41  Filed on October 6, 1998  Answer by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw in opposition to Deft's motion to amend order to certify question for immediate appeal**
**Paper No. 42  Filed on October 6, 1998  Sealed Envelope**
**Paper No. 47  Filed on November 18, 1998  Memorandum by Defendant National Collegiate in support of its motion for summary judgment**
**Paper No. 47a  Filed on November 18, 1998  Memorandum by Defendant National Collegiate in opposition to Deft's cross motion for summary judgment**
**Paper No. 48  Filed on November 18, 1998  Motion by Defendant National Collegiate for summary judgment**
**Paper No. 53  Filed on January 6, 1999  Answer by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner in opposition to Deft's motion for summary judgment**

2-16-06 e-mail from Judge RB chambers nothing received

2-22-06
Pleading Unsealed
Pursuant to LRCP 5.1.5

✓ Paper No. 53a  Filed on January 6, 1999  Answer by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner in further support of Plainitff's cross motion for summary judgment

✓ Paper No. 54  Filed on January 6, 1999  Exhibits by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner to Plff's answer in opposition to Deft's motion for summary judgment and in further support of Plainitff's cross motion for summary judgment

✓ Paper No. 56  Filed on January 8, 1999  Praecipe by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner exhibit 35 of Plff's appendix of exhibits to Plff's answer in opposition to Deft's motion for summary judgment and in further support of Plainitff's cross motion for summary judgment

✓ Paper No. 57  Filed on January 8, 1999  Amended Answer by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner in opposition to Deft's motion for summary judgment

✓ Paper No. 58  Filed on January 22, 1999  Redacted Reply Memorandum by Defendant National Collegiate in response to Plff's amended memorandum of law

✓ Paper No. 59  Filed on January 22, 1999  Sealed Envelope

✓ Paper No. 61  Filed on February 2, 1999  Supplemental Memorandum of Defendant National Collegiate in response to the Court's order dated 1/25/99

✓ Paper No. 62  Filed on February 2, 1999  Affidavit of Todd A. Petr

✓ Paper No. 63  Filed on February 2, 1999  Plff's supplemental memorandum in response to the Court's order dated 1/25/99

✓ Paper No. 65  Filed on February 8, 1999  Supplemental Affidavit of John J. McArdle

✓ Paper No. 88  Filed on March 29, 1999  Motion by Plaintiff Tai Kwan Cureton, Plaintiff Leatrice Shaw, Plaintiff Alexander Wesby, Plaintiff Andrea Gardner for class certification and relief

✓ Paper No. 97  Filed on June 7, 1999  Sealed Envelope

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| Adele Kimmel | Andre L. Dennis | Danielle Banks | David Schoen |
| David P. Bruton | Edmond J. Ghisu | Elizabeth R. Leong | J. Richard Cohen |
| Michael W. McTigue | | | |

11/28/05 Re Sent to: E. Ghisu